562

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD T. PARSONS, DEFENDANT-PETITIONER.

*Mr. Edward T. Parsons in propria persona.*

*Mr. Martin J. Queenan* and *Mr. Myron H. Gottlieb* for the respondent.

October 14, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES W. CLEVELAND, DEFENDANT-PETITIONER.

*Mr. James W. Cleveland in propria persona.*

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

October 14, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SALVATORE MARTELLI, DEFENDANT-PETITIONER.

*Mr. Salvatore Martelli in propria persona.*

*Mr. James A. Tumulty, Jr.* and *Mr. William J. Cunnane* for the respondent.

October 14, 1969.  Denied.